The **PEOPLE OF PUERTO RICO**

v.

**Donald J. O'KEEFE.**
**Cr. No. 159–57.**

United States District Court
D. Puerto Rico
San Juan Division.
Aug. 16, 1957.

Francisco Agrait Oliveras, Acting
Dist. Atty., Santurce, Puerto Rico, Juan
B. Fernandez Badillo, Secretary of Jus-
tice, Commonwealth of Puerto Rico, San
Juan, P. R., for plaintiff.

Gerardo Ortiz del Rivero, San Juan,
Puerto Rico, for defendant.

RUIZ-NAZARIO, Judge.

Petitioner in the above entitled case
filed in this Court on August 5, 1957, a
petition for the removal of this Crim-
inal Action, pursuant to Sec. 1446(a) of
Title 28 U.S.C.A. On August 8, 1957, the
Commonwealth of Puerto Rico filed a
motion in opposition to the petition for
removal requesting that it be dismissed
and the case remanded to the District
Court of Puerto Rico, San Juan Section.

A hearing on said petition and
motion to remand was held on August 16,
1957. Petitioner testified in his behalf
and an affidavit of Lt. Commander Fuller
of the United States Coast Guard at-
tached to the Commonwealth's opposition
and accepted as true by the petitioner, in
which it is stated that on the night of the
25th of August 1957 petitioner was on

liberty with no other military require-
ment than to return to his post at 7:50
A.M. on August 26, 1957, was admitted
in evidence. On the basis of said testi-
mony and affidavit the court holds that
petitioner was not acting within the
scope of his duty and under color of his
status as a member of the Coast Guard of
the United States at the time of the acci-
dent which gave rise to the criminal ac-
tion against him by the Commonwealth
of Puerto Rico, the subject of the removal
herein and further holds that the other
matters alleged in the petition are not
meritorious legal grounds warranting
removal of petitioner's cases to this
Court. Snypp v. Ohio, 6 Cir., 70 F.2d
535, certiorari denied 293 U.S. 563, 55
S.Ct. 74, 79 L.Ed. 663; Lamson v. Su-
perior Court, D.C., 12 F.Supp. 812; Ken-
tucky v. Powers, 201 U.S. 1, 26 S.Ct.
387, 50 L.Ed. 633.

It appears, therefore, that this
case was removed improvidently and
without jurisdiction to this court and
pursuant to Sec. 1447(c), Title 28, U.S.
C.A., it is hereby ordered that it be re-
manded to the court from where it was so
removed.